# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and PHILIPS NORTH AMERICA LLC<br><br>Plaintiffs,<br><br>v.<br><br>DELL TECHNOLOGIES INC., and DELL INC.,<br><br>Defendants. | C.A. No.: 20-cv-1240-CFC<br><br>**JURY TRIAL DEMANDED** |
| KONINKLIJKE PHILIPS N.V., and PHILIPS NORTH AMERICA LLC<br><br>Plaintiffs,<br><br>v.<br><br>HP INC.,<br><br>Defendants. | C.A. No.: 20-cv-1241-CFC<br><br>**JURY TRIAL DEMANDED** |
| KONINKLIJKE PHILIPS N.V., and PHILIPS NORTH AMERICA LLC<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO GROUP LTD., and LENOVO (UNITED STATES) INC.,<br><br>Defendants. | C.A. No.: 20-cv-1242-CFC<br><br>**JURY TRIAL DEMANDED** |

KONINKLIJKE PHILIPS N.V., and
PHILIPS NORTH AMERICA LLC

        Plaintiffs,

v.

INTEL CORPORATION,

        Defendants.

C.A. No.: 20-cv-1243-CFC

**JURY TRIAL DEMANDED**

KONINKLIJKE PHILIPS N.V., and
PHILIPS NORTH AMERICA LLC

        Plaintiffs,
v.

MEDIATEK INC., and MEDIATEK
USA INC.,

        Defendants.

C.A. No.: 20-cv-1246-CFC

**JURY TRIAL DEMANDED**

## AMENDED JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Scheduling Order, Plaintiffs Koninklijke Philips N.V. and Philips North America LLC (collectively "Philips" or "Plaintiffs") and Defendants Dell Technologies Inc. and Dell Inc.; HP, Inc. (f/k/a Hewlett-Packard, Inc.); Lenovo (United States), Inc.; Intel Corporation; and MediaTek Inc. and MediaTek USA Inc. (collectively "Defendants") submit the parties' Amended Joint Claim Construction chart. The Amended Joint Claim Construction Chart lists the parties' proposed claim terms for construction, and proposed constructions of same, from asserted U.S. Patent Nos. 9,436,809 ("'809 Patent"), 10,091,186 ("'186 Patent), 9,590,977 ("'977 Patent), and 10,298,564 ("'564 Patent), attached as Exhibits A-D, respectively.[1]

---

[1] For brevity, Defendants may cite primarily to the specification of one of the Asserted Patents in identifying intrinsic evidence for the below terms. The other Asserted Patents contain corresponding disclosure for all specification citations, which are incorporated herein, unless otherwise indicated.

## CLAIM TERMS WITH AGREED UPON CONSTRUCTIONS

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 1. | **"certificate"**<br><br>Ex. A, '809 Patent [1, 11, 12, 49]<br>Ex. B, '186 Patent [1]<br>Ex. C, '977 Patent [11, 15]<br>Ex. D, '564 Patent [1] | "information containing at least the entity's distinguishing identifier and public key, and signed by a certification authority to guard against forgery" | "information containing at least the entity's distinguishing identifier and public key, and signed by a certification authority to guard against forgery" |
| 2. | **"provide the secret to the second device"**<br><br>Ex. A, '809 Patent [4, 6]<br>Ex. B, '186 Patent [11] | "securely [transmits/transmitting] the common secret with the second device according to a key transport protocol or a key agreement protocol" | "securely [transmits/transmitting] the common secret with the second device according to a key transport protocol or a key agreement protocol" |

## CLAIM TERMS WITH DISPUTED CONSTRUCTIONS AND SUPPORTING INTRINSIC EVIDENCE

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 1. | **"predetermined time"**<br><br>Ex. A, '809 Patent [1, 14, 49]<br>Ex. B, '186 Patent [1, 10]<br>Ex. C, '977 Patent [11]<br>Ex. D, '564 Patent [1, 5] | "a time interval selected to ensure that the first and second communication devices are sufficiently near one another to permit access to the protected content" | "a time interval selected to ensure that the first and second communication devices are sufficiently near one another to permit access to the protected content, where sufficiently near refers to physical distance" |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|-----|-----------|-------------------------------|-----------------------------------|
| | | In the alternative, plain and ordinary meaning, with no required purpose or selection criteria.<br><br>**Intrinsic Evidence:**<br><br>Ex. A, '809 Patent, *e.g.*, claims 1, 14, and 49; (common specification)[2] 1:26-3:5, 4:42-5:40, 6:51-59, Figs. 1-3.<br><br>Ex. B, '186 Patent, *e.g.*, claims 1 and 10.<br><br>Ex. C, '977 Patent, *e.g.*, claim 11.<br><br>Ex. D, '564 Patent, *e.g.*, claims 1 and 5.<br><br>EP02078076 to Epstein, *e.g.*, at 9.<br><br>U.S. Pat. No. 8,107,627 to Epstein, *e.g.*, Abstract. | **Intrinsic Evidence:**<br><br>Ex. A, '809 Pat. at Abstract; Title; Figs. 1, 2, 3; 1:26-29; 1:32-34; 2:16-25; 2:26-32; 2:35-37; 2:38-55; 2:56-3:3; 3:4-11; 3:62-4:5; 4:10-24; 4:25-31; 4:32-44; 4:50-58; 4:59-5:12; 5:19-23; 5:36-41; 6:21-24; 6:25-30; 6:50-59, cls. 1, 14, 49;<br><br>Ex. B, '186 Pat. at cls. 1, 10;<br><br>Ex. C, '564 Pat. at cl. 1;<br><br>Ex. D, '977 Pat. at cl. 11;<br><br>Ex. 2005 to Patent Owner's Resp. (Complainants Initial Markman Brief, filed December 23, 2020 in In re Certain Digital Video-Capable Devices and Components Thereof, ITC Inv. No. 337-TA-1224) at, *e.g.*, 9-13, IPR2021-00327; |

[2] Because all Asserted Patents share a common specification, all of Plaintiffs' citations to the common specification are to the '809 Patent unless otherwise indicated. The other Asserted Patents contain corresponding disclosure for all specification citations, which are incorporated herein, unless otherwise indicated.

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | '819 Patent File History, *e.g.*, 06/01/2012 Request for Continued Examination; 08/31/2012 Rejection; 01/28/2010 Non-Final Rejection.<br><br>Stefan Brands and David Chaum "Distance Bounding Protocols" Eurocrypt '93, (1993) p. 344-359, *e.g.*, 345, 358.<br><br>Bruce Schneier, Applied Cryptography (2d ed. 1996) ("Schneier"), *e.g.*, 1-18.<br><br>SmartRightTM Certification for FCC Approval for Use with the Broadcast Flag, Mar. 1, 2004, *e.g.*, 2, 13-14.<br><br>SmartRightTM Digital Broadcast Content Protection, Presentation to FCC, Apr. 2, 2004 (cited in litigation), *e.g.*, 6-7, 13.<br><br>Declaration of William Rosenblatt, Microsoft Exhibit 1009, Dec. 8, 2017, *e.g.*, 51-52.<br><br>Markman Order Filed Jul. 11, 2017 (Judge Sleet), *e.g.*, 18-19. | Ex. 2008 to Pat. Owner's Resp. (Complainants' Rebuttal Markman Brief, filed January 21, 2021 in In re Certain Digital Video-Capable Devices and Components Thereof, ITC Inv. No. 337-TA-1224) at, *e.g.*, 6, 12, 13, 14, 17, 18, IPR2021-00327.<br><br>Ex. 1019 to Petitioner's Petition for *Inter Partes* Review (Commission Opinion) at, *e.g.*, 29-40, IPR2021-00327. |

3

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|-----|-----------|-------------------------------|----------------------------------|
|     |           | Declaration of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Oct. 12, 2021, *e.g.*, 41-44, 111-138, 212-248, 296-307.<br><br>Deposition of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Jan. 10, 2022, including errata, *e.g.*, 78:5-80:1, 87:18-24, 145:18-149:25.<br><br>U.S. Patent No. 6,351,235 to Stilp, *e.g.*, 1:15-18, 4:11-15.<br><br>U.S. Patent No. 7,685,423 to Walmsley, *e.g.*, 1:13-23:2.<br><br>U.S. Patent No. 8,352,582 to Epstein, *e.g.*, 1:64-2:10, 3:39-58.<br><br>U.S. Patent Appl. No. 20050114647A1 to Epstein, *e.g.*, [0008], [0011].<br><br>U.S. Patent Appl. No. 20050265503A1 to Rofheart et al, *e.g.*, [0015], [0016]. |   |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | W02002035036A1 to Lundkvist, *e.g.*, 3:17-25, 5:18-6:15. | |
| 2. | "a time between the providing of the first signal and the receiving of the second signal"<br><br>Ex. B, <u>'186 Patent</u> [1]<br><br>"a time between the sending of the first signal and the receiving of the second signal"<br><br>Ex. D, <u>'564 Patent</u> [1]<br><br>"a time difference between providing the first signal and receiving the second signal"<br><br>Ex. A, <u>'809 Patent</u> [1, 49]<br><br>"a time difference between [first device's] provision of the first signal and [first device's] | Ex. B, <u>'186 Patent</u> [1]; Ex. D, <u>'564 Patent</u> [1]:<br><br>"a time determination indicative of the time that separates the [providing/sending] of the first signal and the receiving of the second signal"<br><br>Ex. A, <u>'809 Patent</u> [1, 49]; Ex. C, <u>'977 Patent</u> [11]:<br><br>"a time difference determination indicative of the time that separates the [providing/provision] of the first signal and the [receiving/reception] of the second signal"<br><br>**Intrinsic Evidence:**<br><br>Ex. A, '809 Patent, *e.g.*, claims 1 and 49; (common specification) 1:26-3:5, 4:42-5:40, 6:50-59, Figs. 1-3.<br><br>Ex. B, '186 Patent, *e.g.*, claims 1 and 10. | "the time that elapses between the sending of the first signal and the receipt of the second signal"<br><br>**Intrinsic Evidence:**<br><br>Ex. A, '809 Pat. at Figs. 1-4; 1:26-29; 1:32-34; 2:16-25; 2:26-32; 2:35-37; 2:38-55; 2:56-3:3; 3:4-11; 3:62-4:5; 4:10-24; 4:25-31; 4:32-44; 4:50-58; 4:59-5:12; 5:19-23; 5:36-41; 6:21-24; 6:25-30; 6:50-59; 6:60-7:3; Claims 1, 17, 49;<br><br>Ex. B, '186 Pat. at cl. 1;<br><br>Ex. C, '564 Pat. at cl. 1;<br><br>Ex. D, '977 Pat. at cl.11;<br><br>Ex. 1019 to Petitioner's Petition for *Inter Partes* Review (Commission Opinion) at, *e.g.*, 29-40, IPR2021-00327. |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | **reception of the second signal"**<br><br>Ex. C, <u>'977 Patent</u> [11] | Ex. C, '977 Patent, *e.g.*, claims 1, 10, 11, and 16.<br><br>Ex. D, '564 Patent, *e.g.*, claims 1, 5, and 17.<br><br>'819 Patent File History, *e.g.*, 06/01/2012 Request for Continued Examination; 08/31/2012 Rejection<br><br>Stefan Brands and David Chaum "Distance Bounding Protocols" Eurocrypt '93, (1993) p. 344-359, *e.g.*, 345, 358.<br><br>Bruce Schneier, Applied Cryptography (2d ed. 1996) ("Schneier"), *e.g.*, 1-18, 44.<br><br>SmartRightTM Certification for FCC Approval for Use with the Broadcast Flag, Mar. 1, 2004, *e.g.*, 2, 13-14.<br><br>SmartRightTM Digital Broadcast Content Protection, Presentation to FCC, Apr. 2, 2004 (cited in litigation), *e.g.*, 6-7, 13. | |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|-----|-----------|-------------------------------|-----------------------------------|
|  |  | Declaration of William Rosenblatt, Microsoft Exhibit 1009, Dec. 8, 2017, *e.g.*, 51-52.<br><br>Markman Order Filed Jul. 11, 2017 (Judge Sleet), *e.g.*, 18-19.<br><br>Declaration of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Oct. 12, 2021, *e.g.*, 121-138, 212-248, 296-307.<br><br>Deposition of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Jan. 10, 2022, including errata, *e.g.*, 111:10-113:14.<br><br>U.S. Patent No. 6,351,235 to Stilp, *e.g.*, 1:15-18, 4:11-15, 21:64-22:11, 65:27-31, claim 7.<br><br>U.S. Patent No. 7,685,423 to Walmsley, *e.g.*, 1:13-23:2.<br><br>U.S. Patent No. 8,352,582 to Epstein, *e.g.*, 1:64-2:10, 3:39-58. |  |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|-----|-----------|-------------------------------|----------------------------------|
|  |  | U.S. Patent Appl. No. 20050114647A1 to Epstein, *e.g.*, [0008], [0009], [0011]. U.S. Patent Appl. No. 20050265503A1 to Rofheart et al, *e.g.*, [0015], [0016]. WO2002035036A1 to Lundkvist, *e.g.*, 3:17-25, 5:18-6:15. International Standard ISO/IEC 9798-1 (2nd ed.) ("ISO 9798-1"), Aug. 1, 1997, *e.g.*, 6. High Bandwidth Digital Content Protection System Feb. 17, 2000, including its erratum dated Mar. 1, 2001, *e.g.*, 7. Digital Transmission Content Protection Specification vol. 1 Hitachi Ltd. Revision 1.0 Apr. 12, 1999, *e.g.*, 14. Digital Transmission Content Protection Specification vol. 1 |  |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | (Informational Version) Hitachi Ltd. Revision, *e.g.*, 12.<br><br>RFC 2463 Internet Control Message Protocol Dec. 1998, *e.g.*, 11-13.<br><br>U.S. Patent No. 5,949,877 to Traw et al, *e.g.*, 1:13-2:65, 4:12-23, 11:43-12:34.<br><br>U.S. Patent No. 7,516,325 to Willey, *e.g.*, 3:26-4:15, 14:5-15:6, 16:24-34. U.S. Patent Application No. 20010002486A1 to Kocher, *e.g.*, [0018]. | |
| 3. | **"is compliant"**<br><br>i.e.:<br><br>"[determine from the certificate if the second device] **is compliant**"<br><br>Ex. A, ʼ809 Patent [49]<br><br>"[after the first device determines, based on | "satisfies at least one criteria relating to a law, rule, or request"<br><br>**Intrinsic Evidence:**<br><br>Ex. A, ʼ809 Patent, *e.g.*, claim 49; (common specification) 1:59-2:4, 3:56-58.<br><br>Ex. C, ʼ977 Patent, *e.g.*, claim 11. | "plain and ordinary meaning"<br><br>**Intrinsic Evidence:**<br><br>Ex. B, ʼ186 Pat. at Figure 2; 2:1-7, 2:30-38, 2:55-61, 3:42-54, 3:60-65, 5:27-32, cl. 1;<br><br>Ex. A, ʼ809 Pat. at cl. 49;<br><br>Ex. C, ʼ977 Pat. at cl. 11; |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | information obtained from the certificate that the receiving device] **is compliant**"<br><br>Ex. C, <u>'977 Patent</u> [11] | '819 Patent File History – February 17, 2011 Office Action, at 2.<br><br>International Standard ISO/IEC 11770-1 (1st ed.) ("ISO 11770-1"), Dec. 15, 1996, *e.g.*, 5-8, 16-20.<br><br>International Standard ISO/IEC 11770-3 (1st ed.) ("ISO 11770-3"), Nov. 1, 1999, *e.g.*, 3.<br><br>International Standard ISO/IEC 9798-1 (2nd ed.) ("ISO 9798-1"), Aug. 1, 1997, *e.g.*, 4, 8.<br><br>Bruce Schneier, Applied Cryptography (2d ed. 1996) ("Schneier"), *e.g.*, 1-18, 575-577.<br><br>Hitachi Ltd., 5C Digital Transmission Content Protection White Paper Rev. 1.0 Jul. 14, 1998, p. 1013, *e.g.*, 1-8, 10-13.<br><br>Boyd et al "Protocols for Authentication and Key Establishment" Spring-Verlag, Sep. 17, 2003, *e.g.*, 116-120. | Ex. D, '564 Pat. at cl. 1;<br><br>'939 File History, 1/29/2014 Amendment;<br><br>'186 File History, Patent Application, 1/9/2017 Amendment, 1/12/2017 Amendment, 8/11/2017 Interview Summary, 8/14/2017 Amendment;<br><br>Ex. 1019 to Petitioner's Petition for *Inter Partes* Review (Commission Opinion) at, *e.g.*, 15-16, IPR2021-00327. |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|-----|-----------|-------------------------------|-----------------------------------|
| | | High Bandwidth Digital Content Protection System Feb. 17, 2000, including its erratum dated Mar. 1, 2001, *e.g.*, 4, 6.<br><br>Digital Transmission Content Protection Specification vol. 1 Hitachi Ltd. Revision 1.0 Apr. 12, 1999, *e.g.*, 23-32, 45-50.<br><br>Digital Transmission Content Protection Specification vol. 1 (Informational Version) Hitachi Ltd. Revision 1.2A Feb. 25, 2002, *e.g.*, 21-31, 45-50.<br><br>SmartRightTM Certification for FCC Approval for Use with the Broadcast Flag, Mar. 1, 2004, *e.g.*, 4-25; App A 1.47, 6.3.<br><br>SmartRightTM Digital Broadcast Content Protection, Presentation to FCC, Apr. 2, 2004 (cited in litigation), *e.g.*, 11, 19. | |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | SmartRightTM Specifications Sep. 26, 2001, *e.g.*, 5, 11, 43-46.<br><br>SmartRightTM Copy Protection System for Digital Home Networks, CPTWG, Jul. 11,2001, *e.g.*, 16, 18.<br><br>SmartRightTM Technical White Paper, Version 1.7, Jan.2003 ("White Paper") (cited in litigation), *e.g.*, 3, 5, 14-17.<br><br>Declaration of William Rosenblatt, Microsoft Exhibit 1009, Dec. 8, 2017, *e.g.*, 81-92, 117-128, 151.<br><br>Declaration of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Oct. 12, 2021, *e.g.*, 63-87, 112, 125, 142, 204-207.<br><br>Deposition of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Jan. 10, 2022, including errata, *e.g.*, 34:17-40:19, 69:8-23. | |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|-----|-----------|-------------------------------|----------------------------------|
| | | U.S. Patent No. 5,949,877 to Traw et al, *e.g.*, Abstract, 1:44-45, 2:51-3:44, 4:63-5:30, 7:53-60.<br><br>U.S. Patent No. 6,550,011 to Sims, *e.g.*, 3:13-18, 4:56-59, 12:22-14:8, 17:1-16.<br><br>U.S. Patent No. 6,950,941 to Lee et al, *e.g.*, 1:16-3:63, 5:21-7:18, 13:57-63.<br><br>U.S. Patent No. 7,242,766 to Lyle, *e.g.*, 3:6-16, 12:4-12, 13:43-59.<br><br>U.S. Patent No. 7,685,423 to Walmsley, *e.g.*, 1:13-23:2.<br><br>U.S. Patent Appl. No. 20010034834A1 to Matsuyama, *e.g.*, [0013].<br><br>U.S. Patent Appl. No. 2001 0050990A1 to Sudia, *e.g.*, [0260], [0263], [0265].<br><br>U.S. Patent Appl. No. 20030174838A1 to Bremer, *e.g.*, [0057], [0062]. | |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | W02001052234A1 to Epstein, *e.g.*, 4:28-31, 5:7-15, claim 8.<br><br>W02002033887A2 to Linnartz, *e.g.*, 3:12-14, 6:28-29. | |
| 4. | **"compliance rule[s]"**<br><br>Ex. A, <u>'809 Patent</u> [1]<br>Ex. B, <u>'186 Patent</u> [1]<br>Ex. D, <u>'564 Patent</u> [1] | "official requirement[s] relating to the protection of content"<br><br>**Intrinsic Evidence:**<br><br>Ex. A, '809 Patent, *e.g.*, claim 1; (common specification) 1:59-2:4, 3:56-58.<br><br>Ex. B, '186 Patent, *e.g.*, claim 1.<br><br>Ex. D, '564 Patent, *e.g.*, claim 1.<br><br>'819 Patent File History – February 17, 2011 Office Action, *e.g.*, 2.<br><br>International Standard ISO/IEC 11770-1 (1st ed.) ("ISO 11770-1"), Dec. 15, 1996, *e.g.*, 5-8, 16-20. | "plain and ordinary meaning"<br><br>**Intrinsic Evidence:**<br><br>Ex. D, '564 Pat. at 2:3-12, 2:37-39, 2:55-60, 3:43-67, 5:22-38, 5:63-6:4, cl. 1;<br><br>Ex. A, '809 Pat. at cls. 1, 11.<br><br>Ex. B, '186 Pat. at cl. 1;<br><br>Ex. C, '977 Pat. at cls. 1, 2, 23;<br><br>'819 Pat. File History at, *e.g.*, Final Rejection dated Fed. 17, 2011 at 2; Final Rejection dated Jan. 4, 2013 at 6;<br><br>'186 Pat. File History at, *e.g.*, Preliminary Amendment dated August |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | International Standard ISO/IEC 11770-3 (1st ed.) ("ISO 11770-3"), Nov. 1, 1999, *e.g.*, 3. | 14, 2017 at 2; Examiner Initiated Interview Summary dated Apr. 26, 2018 at 1; |
| | | Bruce Schneier, Applied Cryptography (2d ed. 1996) ("Schneier"), *e.g.*, 1-18, 575-577. | High Bandwidth Digital Content Protection System Feb. 17, 2000 at, *e.g.*, 4. |
| | | Hitachi Ltd., 5C Digital Transmission Content Protection White Paper Rev. 1.0 Jul. 14, 1998, p. 1013, *e.g.*, 1-8, 10-13. | Ex. 1008 to Petitioner's Petition for Inter Partes Review (Philips Open Copy Protection System-Philips Research (May, 2002)), at, *e.g.*, 7, 20-21, 24, IPR2021-00327; |
| | | Boyd et al "Protocols for Authentication and Key Establishment" Spring-Verlag, Sep. 17, 2003, *e.g.*, 116-120. | Ex. 1009 to Petitioner's Petition for Inter Partes Review (OCPS Compliance and Robustness Rules, May, 2002) at 1-9, IPR2021-00327; |
| | | High Bandwidth Digital Content Protection System Feb. 17, 2000, including its erratum dated Mar. 1, 2001, *e.g.*, 4, 6. | Ex. 1016 to Petitioner's Petition for Inter Partes Review (Deposition Transcript J. Williams) at, *e.g.*, 35:3-36:3, 37:6-25, 39:2-23, IPR2021-00327; |
| | | Digital Transmission Content Protection Specification vol. 1 Hitachi Ltd. Revision 1.0 Apr. 12, 1999, *e.g.*, 11-15. | Ex. 1019 to Petitioner's Petition for Inter Partes Review (Commission |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|-----|-----------|-------------------------------|-----------------------------------|
|  |  | Digital Transmission Content Protection Specification vol. 1 (Informational Version) Hitachi Ltd. Revision 1.2A Feb. 25, 2002, *e.g.*, 9-13.<br><br>SmartRightTM Certification for FCC Approval for Use with the Broadcast Flag, Mar. 1, 2004, *e.g.*, 4-25; App A; Art. III; Ex. B; Ex. C.<br><br>SmartRightTM Digital Broadcast Content Protection, Presentation to FCC, Apr. 2, 2004 (cited in litigation), *e.g.*, 19.<br><br>SmartRightTM Specifications Sep. 26, 2001, *e.g.*, 5, 11, 43-46.<br><br>SmartRightTM Copy Protection System for Digital Home Networks, CPTWG, Jul. 11,2001, *e.g.*, 16, 18.<br><br>SmartRightTM Technical White Paper, Version 1.7, Jan.2003 ("White Paper") (cited in litigation), *e.g.*, 3. | Opinion) at, *e.g.*, 11-25, 57, IPR2021-00327;<br><br>Ex. 2021 to Pat. Owner's Resp. (Motion Picture Association (MPA), Preserving the Viability of Digital Broadcast TV (WILLIAMS_0002586-97)) at, *e.g.*, 2, IPR2021-00327;<br><br>Ex. 2024 to Pat. Owner's Resp. (Broadcast Protection Discussion Group Final Report, WILLIAMS_0001439-60) at, *e.g.*, 1, 4, 7, 9-11, 14-21, IPR2021-00327;<br><br>Ex. 2025 to Pat. Owner's Resp. (Notice of Proposed Rulemaking (NPRM) for Digital Broadcast Copy Protection, PHILIPS-ITC1224_00424551-57) at, *e.g.*, 2, 4, 6-7, IPR2021-00327;<br><br>Exs. 2030 and 2052 to Pat. Owner's Resp. (PHILIPS-ITC1224_00268359-409, FCC 04-193, August 4 and 12, 2004 Order regarding Broadcast Flag standards) at, *e.g.*, 2, 4, 7-10, 13-14, 16-19, 23-24, 26-28, 30, 36-37, 42-46, 48-49, IPR2021-00327; |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | Declaration of William Rosenblatt, Microsoft Exhibit 1009, Dec. 8, 2017, *e.g.*, 81-92, 117-128, 151.<br><br>Declaration of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Oct. 12, 2021, *e.g.*, 63-87, 112, 125, 142, 204-207.<br><br>Deposition of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Jan. 10, 2022, including errata, *e.g.*, 34:17-40:19, 69:8-23.<br><br>U.S. Patent No. 5,949,877 to Traw et al, *e.g.*, Abstract, 1:44-45, 2:51-3:44, 4:63-5: 30, 7:53-60.<br><br>U.S. Patent No. 6,550,011 to Sims, *e.g.*, 3:13-18, 4:56-59, 12:22-14:8, 17:1-16.<br><br>U.S. Patent No. 6,950,941 to Lee et al, *e.g.*, 1:16-3:63, 5:21-6:62, 7:8-18, 13:57-63.<br><br>U.S. Patent No. 7,242,766 to Lyle, *e.g.*, 3:6-16, 12:4-12, 13:43-59. | Ex. 2032 to Pat. Owner's Resp. (96305DOC0000099-105, Whitepaper, Intel and DTCP) at 3, IPR2021-00327;<br><br>Ex. 2063 to Pat. Owner's Resp. (HDCP 1.0) at, *e.g.*, 4, IPR2021-00327;<br><br>Ex. 2079 to Pat. Owner's Resp. (Declaration of Jim C. Williams) at, *e.g.*, ¶¶ 64, 73, 112, 142, 207, 238, 243, IPR2021-00327. |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | U.S. Patent No. 7,685,423 to Walmsley, *e.g.*, 1:13-23:2.<br><br>U.S. Patent Appl. No. 20010034834A1 to Matsuyama, *e.g.*, [0013].<br><br>U.S. Patent Appl. No. 2001 0050990A1 to Sudia, *e.g.*, [0260], [0263], [0265].<br><br>U.S. Patent Appl. No. 20030174838A1 to Bremer, *e.g.*, [0057], [0062].<br><br>WO2001052234A1 to Epstein, *e.g.*, 4:28-31, 5:7-15, claim 8.<br><br>WO2002033887A2 to Linnartz, *e.g.*, 3:12-14, 6:28-29. | |
| 5. | **"is compliant with … compliance rule[s]"**<br><br>i.e.: | "satisfies one or more official requirements relating to the protection of content"<br><br>**Intrinsic Evidence:** | "plain and ordinary meaning"<br><br>**Intrinsic Evidence:** |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | "[when the second device certificate indicates that the second device] **is compliant with** [at least one] **compliance rule**"<br><br>Ex. B, <u>'186 Patent</u> [1]<br>Ex. D, <u>'564 Patent</u> [1]<br><br>"[determine whether the second device] **is compliant with** [a set of] **compliance rules** [utilizing said information provided in said certificate]"<br><br>Ex. A, <u>'809 Patent</u> [1] | Ex. A, '809 Patent, *e.g.*, claim 1; (common specification) 1:59-2:4, 3:56-58.<br><br>Ex. B, '186 Patent, *e.g.*, claim 1.<br><br>Ex. D, '564 Patent, *e.g.*, claim 1.<br><br>'819 Patent File History – February 17, 2011 Office Action, *e.g.*, 2.<br><br>International Standard ISO/IEC 11770-1 (1st ed.) ("ISO 11770-1"), Dec. 15, 1996, *e.g.*, 5-8, 16-20.<br><br>International Standard ISO/IEC 11770-3 (1st ed.) ("ISO 11770-3"), Nov. 1, 1999, *e.g.*, 3.<br><br>International Standard ISO/IEC 9798-1 (2nd ed.) ("ISO 9798-1"), Aug. 1, 1997, *e.g.*, 4, 8.<br><br>Bruce Schneier, Applied Cryptography (2d ed. 1996) ("Schneier"), *e.g.*, 1-18, 575-577. | See intrinsic evidence for terms 3 ("is compliant") and 4 ("compliance rules") above. |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | Hitachi Ltd., 5C Digital Transmission Content Protection White Paper Rev. 1.0 Jul. 14, 1998, p. 1013, *e.g.*, 1-8, 10-13. | |
| | | Boyd et al "Protocols for Authentication and Key Establishment" Spring-Verlag, Sep. 17, 2003, *e.g.*, 116-120. | |
| | | High Bandwidth Digital Content Protection System Feb. 17, 2000, including its erratum dated Mar. 1, 2001, *e.g.*, 4, 6. | |
| | | Digital Transmission Content Protection Specification vol. 1 Hitachi Ltd. Revision 1.0 Apr. 12, 1999, *e.g.*, 11-15, 23-32, 45-50. | |
| | | Digital Transmission Content Protection Specification vol. 1 (Informational Version) Hitachi Ltd. Revision 1.2A Feb. 25, 2002, at 9-13, 21-31, 45-50. | |
| | | SmartRightTM Certification for FCC Approval for Use with the Broadcast | |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | Flag, Mar. 1, 2004, *e.g.*, 4-25; App A; Art. III; Ex. B; Ex. C. | |
| | | SmartRightTM Digital Broadcast Content Protection, Presentation to FCC, Apr. 2, 2004 (cited in litigation), *e.g.*, 11, 19. | |
| | | SmartRightTM Specifications Sep. 26, 2001, *e.g.*, 5, 11, 43-46. | |
| | | SmartRightTM Copy Protection System for Digital Home Networks, CPTWG, Jul. 11,2001, *e.g.*, 16, 18. | |
| | | SmartRightTM Technical White Paper, Version 1.7, Jan.2003 ("White Paper") (cited in litigation), *e.g.*, 3, 5, 14-17. | |
| | | Declaration of William Rosenblatt, Microsoft Exhibit 1009, Dec. 8, 2017, *e.g.*, 81-92, 117-128, 151. | |
| | | Declaration of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Oct. 12, 2021, *e.g.*, 63-87, 112, 125, 142, 204-207. | |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | Deposition of Jim Williams re: IPRs 2021 -327 -370 on '809 patent – Jan. 10, 2022, including errata, *e.g.*, 34:17-40:19, 69:8-23.<br><br>U.S. Patent No. 5,949,877 to Traw et al, *e.g.*, Abstract, 1:44-45, 2:51-3:44, 4:63-5: 30, 7:53-60.<br><br>U.S. Patent No. 6,550,011 to Sims, *e.g.*, 3:13-18, 4:56-59, 12:22-14:8, 17:1-16.<br><br>U.S. Patent No. 6,950,941 to Lee et al, *e.g.*, 1:16-3:63, 5:21-7:18, 13:57-63.<br><br>U.S. Patent No. 7,242,766 to Lyle, *e.g.*, 3:6-16, 12:4-12, 13:43-59.<br><br>U.S. Patent No. 7,685,423 to Walmsley, *e.g.*, 1:13-23:2.<br><br>U.S. Patent Appl. No. 20010034834A1 to Matsuyama, *e.g.*, [0013]. | |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | U.S. Patent Appl. No. 2001 0050990A1 to Sudia, *e.g.*, [0260], [0263], [0265].<br><br>U.S. Patent Appl. No. 20030174838A1 to Bremer, *e.g.*, [0057], [0062].<br><br>W02001052234A1 to Epstein, *e.g.*, 4:28-31, 5:7-15, claim 8.<br><br>W02002033887A2 to Linnartz, *e.g.*, 3:12-14, 6:28-29. | |
| 6. | "**receive** the protected content from the first device **when** the first device determines that the second signal is derived from the secret and a time between the sending of the first signal and the receiving of the second signal is less than a predetermined time"<br><br>Ex. D, ʼ564 Patent [1] | Not indefinite.<br><br>Plain and ordinary meaning, including that "when" is not limited to "when and only when," and "after is not limited to "after and only after."<br><br>In the alternative:<br><br>"the second device is arranged to implement a  receiver-side portion of a communications protocol whereby the second device is capable of receiving the protected content [when / after] the | **When:**<br>"receive the protected content from the first device when and only when the first device determines"<br><br>Alternatively: indefinite<br><br>**After:**<br>"receive protected content only after the first device has determined"<br><br>Alternatively: indefinite<br><br>**Intrinsic Evidence:** |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | "**receive** protected content **after** the first device has determined that at least the second signal is derived from the secret and a time difference between first device's provision of the first signal and first device's reception of the second signal difference is less than a predetermined time"<br><br>Ex. C, <u>'977 Patent</u> [11] | first device determines that the second signal is derived from the secret and a [time / time difference] between the sending of the first signal and the receiving of the second signal is less than a predetermined time"<br><br>**Intrinsic Evidence:**<br><br>Ex. D, '564 Patent, *e.g.*, claim 1.<br><br>Ex. C, '977 Patent, *e.g.*, claim 11.<br><br>Ex. A, '809 Patent, *e.g.*, Figs. 2-4, 5:19-7:4 (common specification). | Ex. D, '564 Pat.[3] at Abstract, Title, 1:33-43, 2:4-5, 2:20-54, 2:61-3:20, 3:43-4:11, 4:31-37, 4:64-5:16, 5:22-6:27, 6:28-60, Figs. 1, 2, 3, cl. 1;<br><br>Ex. C, '977 Pat. at cl. 11;<br><br>Ex. 1019 to Petitioner's Petition for *Inter Partes* Review (Commission Opinion) at, *e.g.*, 48-55, 57-58, IPR2021-00327;<br><br>Ex. 2005 to Patent Owner's Resp. (Complainants Initial Markman Brief, filed December 23, 2020 in In re Certain Digital Video-Capable Devices and Components Thereof, ITC Inv. No. 337-TA-1224) at, *e.g.*, 6, 18-19, 21-22, IPR2021-00327;<br><br>Ex. 2013 to Patent Owner's Resp. (Order No. 16: Construing The Terms of The Asserted Claims of the Patents |

[3] For brevity, Defendants cite to the '564 patent for these terms.  The '977 Patent contains corresponding disclosure for all specification citations unless otherwise indicated.  It should be understood that that corresponding disclosure is also incorporated herein.

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | | at Issue, issued by ALJ Elliot in In re Certain Digital Video-Capable Devices and Components Thereof, ITC Inv. No. 337-TA-1224) at, *e.g.*, 61, IPR2021-00327. |
| 7. | "arranged to"<br><br>Ex. A, '809 Patent [1, 4, 6, 9, 11,<br>49, 50, 53],<br>Ex. B, '186 Patent [1, 11]<br>Ex. C, '977 Patent [11, 14, 17, 20]<br>Ex. D, '564 Patent [1, 6, 18] | "plain and ordinary meaning"<br><br>**Intrinsic Evidence:**<br><br>Ex. A, '809 Patent, *e.g.*, claims 1, 4, 6, 9, 11, 49, 50, 53; Figs. 2-4, 5:19-7:4 (common specification).<br><br>Ex. B, '186 Patent, *e.g.*, claims 1, 11<br><br>Ex. C, '977 Patent, *e.g.*, claims 11, 14, 17, 20<br><br>Ex. D, '564 Patent, *e.g.*, claims 1, 6, 18 | "configured to"<br><br>**Intrinsic Evidence:**<br><br>Ex. D, '564 Pat. at 2:61-3:8, 4:38-50, cls. 1, 6, 18;<br><br>Ex. B, '186 Pat. at cls. 1, 11;<br><br>Ex. A, '809 Pat. at cls. 1, 4, 6, 9, 11, 49, 50, 53;<br><br>Ex. C, '977 Pat. at cls. 11, 14, 17, 20;<br><br>Ex. 1016 to Petitioner's Petition for *Inter Partes* Review (Deposition Transcript J. Williams) at, *e.g.*, 162:20-163:3, IPR2021-00327;<br><br>Ex. 2005 to Patent Owner's Resp. (Complainants Initial Markman Brief, filed December 23, 2020 in In re |

| No. | Claim Term | Philips' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | | Certain Digital Video-Capable Devices and Components Thereof, ITC Inv. No. 337-TA-1224) at, *e.g.*, 16-19, 22, IPR2021-00327. |
| 8. | "wherein the second signal is received by the first device"<br><br>Ex. D, <u>'564 Patent</u> [1] | Not indefinite, "plain and ordinary meaning"<br><br>**Intrinsic Evidence:**<br><br>Ex. D, '564 Patent, *e.g.*, claim 1.<br><br>Ex. A, '809 Patent (common specification), *e.g.*, Figs. 2-4, 5:19-7:4. | Limiting<br><br>Alternatively: indefinite<br><br>**Intrinsic Evidence:**<br><br>Ex. A, '564 Pat. at Abstract, 1:33-43, 2:4-5, 2:20-54, 2:61-3:20, 3:43-4:11, 4:31-37, 4:38-50, 4:64-5:16, 5:22-6:27, 6:28-60, Figs. 1, 2, 3, cl. 1;<br><br>Ex. 1019 to Petitioner's Petition for *Inter Partes* Review (Commission Opinion) at, *e.g.*, 48-55, 57-58, IPR2021-00327;<br><br>Ex. 2005 to Patent Owner's Resp. (Complainants Initial Markman Brief, filed December 23, 2020 in In re Certain Digital Video-Capable Devices and Components Thereof, ITC Inv. No. 337-TA-1224) at, *e.g.*, 6, 18-19, 21-22, IPR2021-00327. |

Dated: May 24, 2023                    Respectfully submitted,

OF COUNSEL:                            FARNAN LLP

Michael T. Renaud                      /s/ Michael J. Farnan
Adam S. Rizk                           Brian E. Farnan (Bar No. 4089)
Andrew H. DeVoogd                      Michael J. Farnan (Bar No. 5165)
Catherine C. Xu                        919 N. Market St., 12th Floor
**MINTZ LEVIN COHN FERRIS GLOVSKY**    Wilmington, DE 19801
**& POPEO PC**                         (302) 777-0300
One Financial Center                   BFarnan@farnanlaw.com
Boston, Massachusetts 02111            MFarnan@farnanlaw.com
(617) 542-6000
MTRenaud@mintz.com
ARizk@mintz.com
DHDeVoogd@mintz.com
CXu@mintz.com

Peter F. Snell
**MINTZ LEVIN COHN FERRIS GLOVSKY**
**& POPEO PC**
919 Third Avenue                       *Attorneys for Plaintiffs*
New York, NY 10022                     *Koninklijke Philips N.V. and*
(212) 935-3000                         *Philips North America LLC*
pfsnell@mintz.com

1

OF COUNSEL:

Chad S. Campbell (Pro Hac Vice)
Perkins Coie LLP
2901 N. Central Ave., Suite. 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8393
CSCampbell@perkinscoie.com

Ryan J. McBrayer (Pro Hac Vice)
Christina J. McCullough (Pro Hac
Vice)
James S. Miller III (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
RMcBrayer@perkinscoie.com
CMcCullough@perkinscoie.com

Sarah E. Piepmeier (Pro Hac Vice)
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: (415) 344-7000
SPiepmeier@perkinscoie.com

Kourtney Merrill (Pro Hac Vice
pending)
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: (303) 291-2300
KMerrill@perkinscoie.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

/s/ Jennifer Ying
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendant Intel Corp.*

2

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants Dell*
*Technologies Inc. and Dell Inc.*

/s/ Warren K. Mabey, Jr.
Warren K. Mabey, Jr. (#5775)
Douglas Edward McCann (#3852)
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
302-652-5070
mabey@fr.com
dmccann@fr.com
*Attorneys for Defendants HP Inc.,*
*MediaTek Inc. and MediaTek*
*USA Inc.*

DLA PIPER LLP (US)

/s/ Brian A. Biggs
Brian A. Biggs (#5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
brian.biggs@us.dlapiper.com
*Attorneys for Defendant Lenovo*
*(United States) Inc.*

3