IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDIA CONTENT PROTECTION
LLC,

                        Plaintiff,                    Civil Action No. 20-1243-CFC

            v.

INTEL CORP.,

                        Defendant.

---

## ORDER

At Wilmington on this Twenty-fifth day of November in 2025, for the

reasons set forth in the Memorandum Opinion issued on this day, it is HEREBY

ORDERED that Intel Corp.'s Motion for Summary Judgment of Invalidity Based

on 35 U.S.C. § 101 (MSJ No. 1) (D.I. 228) is GRANTED.

_____
                                                        CHIEF JUDGE